UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-cv-23230-KMW**

HYDENTRA, L.P. HLP GENERAL PARTNER, INC., a foreign corporation, d/b/a METART d/b/a SEXART; HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a SEXART; and HYDENTRA LP, a foreign corporation, d/b/a METART d/b/a SEXART,

    Plaintiffs,

v.

MINDGEEK USA INC., a Delaware corporation, individually and d/b/a PORNHUBPREMIUM,COM; MG FREESITES, LTD, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING US, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING EU, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING IRELAND, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; LICENSING IP INTERNATIONAL S.A.R.L., a foreign corporation d/b/a PORNHUBPREMIUM.COM; FERAS ANTOON, an individual; OUISSAM YOUSEF, an individual; and John Does 1-20,

    Defendants.
_____/

**JOINT STIPULATION FOR ACCEPTANCE OF SERVICE
AND DATE FOR RESPONSE TO COMPLAINT AND
MOTION FOR ENTRY OF ORDER THEREON**

    Plaintiffs, HYDENTRA, L.P. HLP GENERAL PARTNER, INC., a foreign corporation,

d/b/a METART d/b/a SEXART; HYDENTRA HLP INT. LIMITED, a foreign corporation,

# 1861677 v1

d/b/a METART d/b/a SEXART; and HYDENTRA LP, a foreign corporation, d/b/a METART d/b/a SEXART ("Plaintiffs") and Defendants MINDGEEK USA INC., a Delaware corporation, individually and d/b/a PORNHUBPREMIUM,COM; MG FREESITES, LTD, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING US, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING IRELAND, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; LICENSING IP INTERNATIONAL S.A.R.L., a foreign corporation d/b/a PORNHUBPREMIUM.COM; and FERAS ANTOON, an individual ("Moving Defendants"), by and through undersigned counsel, hereby file this Joint Stipulation For Acceptance of Service and Date for Response to Complaint and Motion For Entry of Order Thereon, and state:

1. Plaintiffs' and Moving Defendants[1] hereby stipulate that a copy of the Complaint herein has been provided to counsel for Moving Defendants, and that counsel for Moving Defendants is authorized to and has accepted service on behalf of the Moving Defendants based upon an agreement with Plaintiffs' counsel that formal service of process will be otherwise unnecessary and Moving Defendants shall have until October 30, 2015 to file a response to the Complaint. In accepting service, Moving Defendants specifically reserve, and do not waive, any defenses or challenges, including to jurisdiction, venue, or sufficiency of the Complaint.

2. Plaintiffs and Moving Defendants move the Court to accept this Joint Stipulation and adopt it as an Order of the Court as set forth in the proposed Order attached hereto as Exhibit A.

Respectfully submitted,

BeharBehar

---

[1] Moving Defendants are all named Defendants herein, *other than* Defendant OUISSAM YOUSEF, an individual. Additionally, "MG BILLING EU, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM" is a non-existent entity. No appearance is made on its behalf.

Case 1:15-cv-23230-KMW   Document 10   Entered on FLSD Docket 09/11/2015   Page 3 of 3

*Attorneys for Plaintiffs*
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
AB@BeharBehar.com
Phone: (954) 688-7642
Fax: (954) 332-9260

By: /s/Aaron Behar
    Aaron Behar
    Florida Bar No: 166286
    Jaclyn Behar
    Florida Bar No: 63833

    and

Freeman Law Firm, Inc.
*Attorneys for Plaintiffs*
1107 ½ Tacoma Avenue South
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org
Phone: (253) 383-4500
Fax: (253) 383-4501


    and

GRAY ROBINSON, P.A.
*Attorneys for Moving Defendants*
333 S.E. Second Avenue
Suite 3200
Miami, Florida 33131
Phone: (305) 416-6880
Fax: (305) 416-6887

By:    /s/ Karen L. Stetson
    Karen L. Stetson
    Florida Bar No: 742937
    Jonathan L. Gaines
    Florida Bar. No. 330361

# 1861677 v1                                  3