UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23230-CIV-WILLIAMS

HYDENTRA, L.P. HLP
GENERAL PARTNER, INC.,
et al.,

    Plaintiffs,

vs.

MINDGEEK USA INC.,
et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiffs' notice of voluntary dismissal without prejudice (DE 23). Upon review of the notice and the record, this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees. All pending motions are **DENIED AS MOOT**. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29th day of September, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE